**United States District Court**
Northern District of Washington

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SPITZACK & KARI PAULSON, | ) Case No. C-12-2028 SC |
| Plaintiffs, | ) |
| | ) ORDER SETTING HEARING ON |
| v. | ) PLAINTIFFS' EX PARTE |
| | ) <u>APPLICATION</u> |
| DLJ MORTGAGE CAPITAL, INC., | ) |
| Defendant. | ) |

On April 24, 2012, Plaintiffs in the above-captioned matter filed an Ex Parte Application for a Temporary Restraining Order and Preliminary Injunction. ECF No. 6 ("Ex Parte Appl."). The Court hereby ORDERS the parties to appear before the Court at 10:00 a.m. on May 4, 2012 in Courtroom 1, 450 Golden Gate Avenue, San Francisco, California, for a hearing on Plaintiffs' Ex Parte Application. Defendant may file an opposition to Plaintiffs' Ex Parte Application by noon on May 3, 2012.

IT IS SO ORDERED.

Dated: April 26, 2012

UNITED STATES DISTRICT JUDGE