JORDAN J. YUDIEN, ESQ., SBN 121182
YUDIEN LAW FIRM
500 Ygnacio Valley Road, Suite 350
WALNUT CREEK, CA  94596
Tel:  (925) 472-0600;  Fax: (925) 472-0325
Email:  jodyjay@pacbell.net

Attorney for Plaintiffs
GARY SPITZACK & KARI PAULSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SPITZACK & KARI PAULSON,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DLJ MORTGAGE CAPITAL, INC.<br><br>　　　　　　Defendant. | Case No. C12-02028 ~~LB~~ SC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

　　　Plaintiffs Gary Spitzack and Kari Paulson, and Defendant DLJ Mortgage Capital, Inc., by their undersigned attorneys, have reached an out of court settlement, and hereby stipulate and agree to dismissal of this matter with prejudice, each party to bear their own costs, expenses and attorneys fees.

May 18, 2012                                                                May 18, 2012

/S *Jordan J. Yudien*                                              /S *Nicole H. Hoffman*
Jordan J. Yudien, Esq.                                            Nicole H. Hoffman, Esq.
                                                                              Attorney for Defendant
Attorney for Plaintiffs

IT IS SO ORDERED.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

Stip & Order
Case No. C12-02028 LB                          -1-